ALEXANDER MICHAELS, Respondent, v. M. C. T. Co., INC., Defendant, Impleaded with PARMELEE TRANSPORTATION CO., INC., Appellant.— Order so far as appealed from modified by eliminating provisions for production of books, records and papers on the ground that no application was made or order obtained therefor as required by section 296 of the Civil Practice Act, and as so modified affirmed. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes to reverse.

VALERIE ELIZABETH HUFF, Respondent, v. CHARLES REDFIELD VOSE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Rehabilitate the LAWYERS MORTGAGE COMPANY, Respondent. JACOB R. SCHIFF, Claimant, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HAROLD L. HIRSCH, Appellant, v. MILDRED F. HIRSCH, Respondent.— Orders reversed and motion denied. As plaintiff states that he will limit his proof to one specific act alleged in paragraph 4 of the complaint, the bill ordered was unnecessary. The plaintiff will have the right to rely upon the allegations of said paragraph to prove course of conduct. (Ketcham v. Ketcham, 32 App. Div. 26; Krauss v. Krauss, 73 id. 509.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROSE MAUCH, Respondent, v. RAE GOLDBERG and SIDNEY GOLDBERG, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

OLIVE G. SANFORD, Respondent, v. GUSTAVE KLOCKGETER, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. (See Poole v. Means, 144 App. Div. 155.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin and O'Malley, JJ., dissent and vote for affirmance.

CARROLL V. GERAN, Appellant, v. BANCROFT SMITH and Another, Individually and as Copartners, etc., Respondents.— Order modified by granting items 1, 2, 3 and 4 relating to the making of the agreement, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes for affirmance.

BANK OF MANHATTAN TRUST COMPANY, as Successor Trustee by Merger to AMERICAN TRUST COMPANY, under a Certain Mortgage or Deed of Trust, etc., Plaintiff, v. TWENTY-ONE SIXTY-SIX BROADWAY CORPORATION and Others, Defendants. In the Matter of the Application of JOHN WANAMAKER, NEW YORK, Respondent; COMMONWEALTH BOND CORPORATION, as Committee for Bondholders, Respondent. JAMES R. MURPHY, Receiver, Appellant.— Orders affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.